DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11-cv-149-RLV
(5:05-cr-221-RLV-DCK-2)

BON ALEXANDER STROUPE, )
)
           Petitioner, )
)
vs. ) **O R D E R**
)
UNITED STATES OF AMERICA, )
)
           Respondent. )
_____ )

UPON MOTION of Petitioner, (Doc. No. 14), to hold Petitioner's motion to vacate brought under 28 U.S.C. § 2255 in abeyance pending resolution of the appeal in Whiteside v. United States, No. 13-7152,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 14), is **GRANTED**. Petitioner shall, within 20 days of the Fourth Circuit's resolution of the appeal in Whiteside, request a lift of the stay from the Court.

Signed: February 5, 2014

Richard L. Voorhees
United States District Judge