DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11-cv-149-RLV
(5:05-cr-221-RLV-DCK-2)

BON ALEXANDER STROUPE,  )
                        )
        Petitioner,     )
                        )
    vs.                 )     **O R D E R**
                        )
UNITED STATES OF AMERICA, )
                        )
        Respondent.     )
_____ )

**THIS MATTER** is before the Court on Petitioner's Motion to Lift Stay, (Doc. No. 17), on Petitioner Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, (Doc. No. 1), and seeking an order granting Petitioner relief pursuant to the Fourth Circuit Court of Appeals decision in <u>Whiteside v. United States</u>, No. 13-7152, 2014 WL 1364019 (4th Cir. Apr. 8, 2014). Petitioner is represented by Ann L. Hester of the Federal Defenders of Western North Carolina.

**IT IS ORDERED** that Petitioner's Motion to Lift Stay, (Doc. No. 17), is **GRANTED**. The Government shall, within thirty days, submit a memorandum indicating its position regarding Petitioner's right to relief following <u>Whiteside</u>.

Signed: April 15, 2014

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge

1