DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11-cv-149-RLV
(5:05-cr-221-RLV-DCK-2)

BON ALEXANDER STROUPE, )
)
                        Petitioner, )
)
          vs. )        **O R D E R**
)
UNITED STATES OF AMERICA, )
)
                        Respondent. )
_____ )

UPON MOTION of the Government, (Doc. No. 21), to hold Petitioner's motion to vacate brought under 28 U.S.C. § 2255 in abeyance pending resolution of a petition for en banc rehearing in <u>Whiteside v. United States</u>, No. 13-7152,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 21), is **GRANTED**. Petitioner shall, within 20 days of the Fourth Circuit's resolution of the petition for en banc rehearing in <u>Whiteside</u>, request a lift of the stay from the Court.

Signed: June 24, 2014

Richard L. Voorhees
United States District Judge