DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11-cv-149-RLV
(5:05-cr-221-RLV-DCK-2)

BON ALEXANDER STROUPE, )
)
                      Petitioner, )
)
     vs. ) **O R D E R**
)
UNITED STATES OF AMERICA, )
)
                      Respondent. )
_____ )

      This matter is before the Court on a status review of this matter. This matter was stayed on June 24, 2014, pending resolution of a petition for en banc rehearing in Whiteside v. United States, No. 13-7152. Given that Whiteside has now issued, the Court hereby lifts the stay and the Government shall have thirty days in which to file a Response to Petitioner's pending motion to vacate.

Signed: August 5, 2015

*[signature: Richard L. Voorhees]*

Richard L. Voorhees
United States District Judge