# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Bon Alexander Stroupe,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:11-cv-00149-RLV |
| | ) | 5:05-cr-00221-RLV-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 19, 2017 Order.

June 19, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court